435 A.2d 654

Commonwealth v. Losinger, Appellant.

Submitted December 5, 1980.   Kevin H. Way, Assistant Public Defender, for appellant;   William S. Kieser, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

The order of the lower court is affirmed on the opinion of Judge Thomas C. Raup of Lycoming County.